# EXHIBIT A

*Gary T. Monroe v. Capstone Logistics, LLC, et al., No. 2020-L-000041 (Rock Island County, Illinois)*

FILED
3/31/2020 12:30 PM
TAMMY WEIKERT, CIRCUIT CLERK
ROCK ISLAND COUNTY, IL

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY ILLINOIS
GENERAL DIVISION

| | |
|---|---|
| GARY T. MONROE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: **2020L41** |
| | ) |
| CAPSTONE LOGISTICS, LLC, | ) |
| and LMS INTELLIBOUND, INC., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Now comes the Plaintiff, Gary Monroe by and through attorney Stephen T. Fieweger and for his complaint at law against the defendants, Capstone Logistics, LLC a foreign corporation by and through its subsidiary corporation LMS Intellibound, Inc. (hereinafter referred to as "Capstone") and in support thereof states as follows:

### Common Allegations

1. That plaintiff Gary Monroe is a resident of Rock Island, Rock Island County Illinois and is an African American male.

2. That the defendant Capstone is a foreign limited liability company which provides logistic services to businesses throughout the United States.

3. That Capstone, by its subsidiary corporation LMS Intellibound, Inc. provided logistic services to Performance Food Group at its warehouse located in Rock Island, Rock Island County, Illinois at all times material to this cause of action.

4. That Gary was employed as a lead supervisor for Capstone from June 3, 2007 until his termination on January 25, 2019.

5. That in his day-to-day job duties as a lead supervisor Gary had responsibilities for supervising other Capstone forklift drivers unloading trucks and employees who were performing sanitation work.

6. That at all times material to this cause of action Gary performed his job duties competently and in a manner which met the legitimate business expectations of the defendants.

7. That beginning in October 2018 and continuing through January 25, 2019 Gary received reports that two employees Alfonso Gomez and Javier Gomez were using marijuana while at work.

8. That the use of marijuana violated the defendant Capstone's workplace rules and in particular rule number 8.

9. In October 2018 Gary reported to Capstone manager Doug Hill that affirms Gomez and Javier Gomez were using marijuana while at work.

10. That Gary reported to his supervisor John Klopp January 22, 2019 and January 23, 2019 about the fact that Alfonso Gomez and Javier Gomez had been using marijuana at work and that on January 22, 2019, Alfonso Gomez was observed to have a bag of marijuana at the workplace.

11. That in addition Alfonso Gomez on a repeated occasion used threating language toward Gary Monroe under Brian Watson which Gary reported to his supervisor John Klopp in November and December 2018 and on January 23, 2019. Such conduct by Gomez violated Capstone's workplace rule number 11.

12. That on January 23, 2019 Alfonso Gomez became upset and argumentative due to the fact that he was required to work longer hours than a co-worker. During this conversation

2

Alfonso Gomez told Gary he was not afraid of him and would step outside and take care of matters if Gary did not like it.

13.     That on January 23, 2019 Gary reported to John Klopp, the defendants' site manager, the fact that Javier Gomez and Alfonso Gomez were using marijuana at work and that this constituted a safety issue given the fact that both of them operated forklift. Gary also reported the fact that Alfonso had become belligerent with him concerning working more hours than Brian Watson and notified Klopp of the text messages that Alfonso was sending to him complaining about his working conditions.

14.     At that time John Klopp stated that he would take care of it.

15.     That Klopp took no action towards Alfonso Gomez or Javier Gomez so Gary reported to Performance Food Group's supervisor Bruce Ortery the fact that both Javier Gomez and Alfonso Gomez were using marijuana while working at Performance Food Group's facility.

16.     That on January 25, 2019 Gary was terminated and was informed by John Klopp that he was being fired due to his informing Bruce Ortery, a supervisor for Performance Food Group of the fact that Javier Gomez and Alfonso Gomez were using marijuana while at work and that this constituted improper contact by Gary with a partner of Performance Food Group.

### Count I – Retaliatory Discharge

Now comes the plaintiff Gary Monroe by and through his attorney Stephen T. Fieweger and for his claim of retaliatory discharge against the defendants and hereby states as follows:

1-16.   Plaintiff repeats and realleges paragraphs 1 through 16 of the common allegations as paragraphs 1 through 16 herein.

3

17. That the defendants' termination of Gary constitutes retaliatory discharge in violation of Illinois law in that he was fired for speaking up on an issue of safety concern to Performance Food Group, the customer of defendant Capstone and as the result of reporting illegal conduct of Capstone employees to Performance Food Group.

18. That Capstone knew or had reason to know that the safety violation was also illegal conduct by its employees and was also against Capstone's own company rules which prohibited employees from being under the influence of alcoholic beverage and non-prescription drugs while on company/customer premises during working time.

19. That as a direct and proximate result of the defendants' retaliatory discharge of plaintiff, Gary has sustained damages equal to his lost back pay, front pay until age 67, has suffered compensatory damages including mental and emotional distress damages all to his damages in an amount in excess of $50,000.00.

20. That plaintiff is also entitled to recover punitive or exemplary damages against defendant Capstone for its willful and malicious treatment of Gary by terminating him when it knew that Gary was simply following both Capstone, Performance Food Groups, policies and work rules and Illinois law by reporting the improper and illegal use of marijuana by Capstone employees during their working hours by entitling Gary to recover punitive or exemplary damages in an amount in excess of $50,000.00.

WHEREFORE Gary Monroe hereby requests this court enter judgment in his favor and against the defendant Capstone Logistics, LLC, and its subsidiary LMS Intellibound, Inc., all in an amount in excess of $50,000.00 plus the costs of this action.

**Count II – Race Discrimination in Employment Violation of 42 USC §1981**

Now comes the plaintiff Gary Monroe by and through his attorney Stephen T. Fieweger and for Count II of his complaint against the defendants and in support thereof hereby states as follows:

1-16. Plaintiff repeats and realleges paragraphs 1 through 16 of the common allegations as paragraphs 1 through 16 herein.

17. That Gary is an African American and had the reasonable right to expect in his employment contract with the defendant Capstone to be free of race discrimination in his employment.

18. That the defendant Capstone during the 12 years in which plaintiff was employed by it had eight different site managers, all Caucasian, including John Klopp the Caucasian site manager who terminated plaintiff on January 25, 2019, and who then quit his employment with the defendant on January 29, 2019.

19. That the defendant Capstone's actions constitute race discrimination in employment in that Gary as an African American lead supervisor was treated differently and more harshly than other similarly situated white or Caucasian supervisors when he was terminated without having any prior discipline.

20. That as a direct and proximate result of defendants' racial discrimination in terminating Gary, Gary has sustained damages equal to his back pay, his front pay to age 67, he is entitled to recover compensatory damages including damages for mental and emotional distress all to his damages and is entitled to recover his attorney's fees and expert witness fees all to his damages in an amount in excess of $50,000.00.

21.     That the defendants' actions were willful and malicious towards Gary in that it knew that the reasons for terminating Gary were false and that the termination resulted from Gary reporting illegal conduct of Capstone employees to Performance Food Group thereby entitling him to recover punitive or exemplary damages in an amount in excess of $50,000.00.

WHEREFORE Gary Monroe hereby requests this court enter judgment in his favor and against the defendant Capstone Logistics, LLC, and its subsidiary LMS Intellibound, Inc. all in an amount in excess of $50,000.00 plus the costs of this action.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY**

Gary T. Monroe, Plaintiff

/s/ Stephen T. Fieweger

Stephen T. Fieweger
5157 Utica Ridge Road
Davenport, IA 52807
Phone:  563.424.1982
Fax:  563.424.1983
Email:  sfieweger@fiewegerlaw.com

6

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY ILLINOIS
GENERAL DIVISION

| | | |
|---|---|---|
| GARY T. MONROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: |
| | ) | |
| CAPSTONE LOGISTICS, LLC, | ) | |
| and LMS INTELLIBOUND, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF GARY T. MONROE**

STATE OF ILLINOIS          )
                           ) ss.
COUNTY OF ROCK ISLAND      )

I, Gary T. Monroe being first duly sworn upon oath states as follows:

1. That I am of legal age and am competent and have personal knowledge of the facts set forth in this affidavit.

2. That I will be seeking recovery of damages equal to or more than $50,000.00.

Further Affiant Sayeth Naught.

_____
Gary T. Monroe

Subscribed to and sworn to me a notary public on this 30th day of ___March___, 2020.

OFFICIAL SEAL
MARI ILLINGWORTH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 08-12-2020

_____
Notary Public

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY ILLINOIS
GENERAL DIVISION

| | |
|---|---|
| GARY T. MONROE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 2020L41 |
| CAPSTONE LOGISTICS, LLC, and LMS INTELLIBOUND, INC., | ) ) ) ) |
| Defendants. | ) |

**SUMMONS**

To: LMS Intellibound, Inc., 30 Technology Parkway South, Suite 200, Norcross, GA 30092

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THIS COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp."

To The Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, 3/31/2020 _____, 2020

_____
Clerk of Court
ALB
(Seal of Court)

Plaintiff's Attorney (or plaintiff if he is not represented by attorney)

Stephen T. Fieweger
5157 Utica Ridge Road
Davenport, IA 52807
Telephone: 563.424.1982
Fax: 563.424.1983
Email: sfieweger@fiewegerlaw.com

Location of Clerks Office:
Date of Service:_____

**SHERIFF'S FEES**

Service and/or Return   $_____

Mileage         $_____

Total   $_____

I certify that I served Summons on defendants as follows
(Check appropriate box, and complete information below)

a)      – (Individual defendant-personal):
By leaving a copy and a copy of the complaint with each individual defendant personally

b)      - (Individual defendants-abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents and also by sending a copy of the Summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

c)      - (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation.

d)      - (Other service).

Name of Defendant_____   Name of Defendant_____

Name of Persons                                           Name of Persons
Summons given to_____   Summons given to_____

Sex_____ Race_____ Approx. Age _____   Sex_____ Race_____ Approx. Age_____

Place of Service_____   Place of Service_____
_____   _____

Date of Service_____   Date of Service_____

Date of Mailing_____   Date of Mailing_____
By_____   By_____

e)      – (Not Found).

   The within named _____not found in this County this_____
day of _____, 2020 REASON_____
By_____, Deputy
Sheriff of _____ County

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY ILLINOIS
GENERAL DIVISION

| | |
|---|---|
| GARY T. MONROE, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No.: **2020L41** |
| CAPSTONE LOGISTICS, LLC, and LMS INTELLIBOUND, INC., | ) ) ) ) |
| Defendants. | ) |

**SUMMONS**

To:   Capstone Logistics, LLC, 30 Technology Parkway South, Suite 200, Norcross, GA 30092

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service.  IF YOU FAIL TO DO SO, A JUDGMENT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THIS COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with an e-filing service provider.  Visit https://illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp."

To The Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so indorsed.  This summons may not be served later than 30 days after its date.

WITNESS, 3/31/2020, 2020

_____
Clerk of Court                    ALB
(Seal of Court)

Plaintiff's Attorney (or plaintiff if he is not represented by attorney)

Stephen T. Fieweger
5157 Utica Ridge Road
Davenport, IA 52807
Telephone: 563.424.1982
Fax: 563.424.1983
Email: sfieweger@fiewegerlaw.com

Location of Clerks Office:
Date of Service:_____

**SHERIFF'S FEES**

Service and/or Return   $_____

Mileage         $_____

Total    $_____

I certify that I served Summons on defendants as follows
(Check appropriate box, and complete information below)

a)      – (Individual defendant-personal):
By leaving a copy and a copy of the complaint with each individual defendant personally

b)      - (Individual defendants-abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents and also by sending a copy of the Summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

c)      - (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation.

d)      - (Other service).

Name of Defendant_____   Name of Defendant_____

Name of Persons
Summons given to_____   Name of Persons
Summons given to_____

Sex_____   Race\_\_\_\_\_   Approx. Age _____   Sex_____   Race_____   Approx. Age_____

Place of Service_____   Place of Service_____
_____   _____

Date of Service_____   Date of Service_____

Date of Mailing_____   Date of Mailing_____
By_____   By_____

e)      – (Not Found).

   The within named _____not found in this County this_____
day of _____, 2020 REASON_____
By_____, Deputy
Sheriff of _____ County

## SHERIFF'S FEES

FILED in the CIRCUIT COURT
of ROCK ISLAND COUNTY
CRIMINAL DIVISION
APR 06 2020
*[signature]*
Clerk of the Circuit Court

Service and/or Return $ _____

Mileage $ _____

Total $ _____

I certify that I served Summons on defendants as follows
(Check appropriate box, and complete information below)

a) — (Individual defendant-personal):
By leaving a copy and a copy of the complaint with each individual defendant personally

b) — (Individual defendants-abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents and also by sending a copy of the Summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

c) X — (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation.

d) — (Other service).

Name of Defendant _Capstone Logistics, LLC_   Name of Defendant _____

Name of Persons
Summons given to _Bani Arciniegas_   Name of Persons
Summons given to _____

Sex _F_ Race _white_ Approx. Age _30'_   Sex ____ Race ____ Approx. Age ____

Place of Service _30 Technology Pkwy South,_   Place of Service _____
_Suite 200, Norcross, GA 30052_

Date of Service _4/1/20 at 3:13 PM_   Date of Service _____

Date of Mailing _____   Date of Mailing _____
By _____   By _____

e) — (Not Found).

The within named _____ not found in this County this _____
day of _____, 2020 REASON _____
By _Chris Stenton_ _[signature]_ , Deputy _Process Server_
Sheriff of _____ County

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY ILLINOIS
GENERAL DIVISION

| | | |
|---|---|---|
| GARY T. MONROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 2020L41 |
| vs. | ) | |
| | ) | |
| CAPSTONE LOGISTICS, LLC, | ) | |
| and LMS INTELLIBOUND, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### SUMMONS

To:   Capstone Logistics, LLC, 30 Technology Parkway South, Suite 200, Norcross, GA 30092

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THIS COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp."

To The Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, 3/31/2020 , 2020

Clerk of Court          ALB
(Seal of Court)

Plaintiff's Attorney (or plaintiff if he is not represented by attorney)

Stephen T. Fieweger
5157 Utica Ridge Road
Davenport, IA 52807
Telephone: 563.424.1982
Fax: 563.424.1983
Email: sfieweger@fiewegerlaw.com

Location of Clerks Office:
Date of Service:_____

## SHERIFF'S FEES

Service and/or Return  $_____

Mileage  $_____

Total  $_____

*FILED in the CIRCUIT COURT of ROCK ISLAND COUNTY CRIMINAL DIVISION*
*APR 06 2020*
*Clerk of the Circuit Court*

I certify that I served Summons on defendants as follows
(Check appropriate box, and complete information below)

a) — (Individual defendant-personal):
By leaving a copy and a copy of the complaint with each individual defendant personally

b) — (Individual defendants-abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents and also by sending a copy of the Summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

c) X — (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation.

d) — (Other service).

Name of Defendant _LMS Intellibound, Inc._   Name of Defendant _____

Name of Persons Summons given to _Bani Atciniegas_   Name of Persons Summons given to _____

Sex _F_  Race _white_  Approx. Age _30'_   Sex ____ Race ____ Approx. Age ____

Place of Service _30 Technology Parkway South,_   Place of Service _____
_Suite 200, Norcross, GA 30092_

Date of Service _4/1/20 at 3:13 pm_   Date of Service _____

Date of Mailing _____   Date of Mailing _____
By _____   By _____

e) — (Not Found).

The within named _____ not found in this County this ____
day of _____, 2020 REASON _____
By _Chris Stanton,_ _____, ~~Deputy~~ _Process Server_
Sheriff of _____ County

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY ILLINOIS
GENERAL DIVISION

GARY T. MONROE, )
)
        Plaintiff, )
)
vs. ) Case No.: 2020L41
)
CAPSTONE LOGISTICS, LLC, )
and LMS INTELLIBOUND, INC., )
)
        Defendants. )

## SUMMONS

To:    LMS Intellibound, Inc., 30 Technology Parkway South, Suite 200, Norcross, GA 30092

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THIS COMPLAINT.

    E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp."

To The Officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, 3/31/2020 , 2020

_____
Clerk of Court     ALB
(Seal of Court)

Plaintiff's Attorney (or plaintiff if he is not represented by attorney)

Stephen T. Fieweger
5157 Utica Ridge Road
Davenport, IA 52807
Telephone: 563.424.1982
Fax: 563.424.1983
Email: sfieweger@fiewegerlaw.com

Location of Clerks Office:
Date of Service:_____