E-FILED
Friday, 01 May, 2020  12:28:45 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

*Declaration of Barry Boyles*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GARY T. MONROE,<br><br>        Plaintiff;<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, AND LMS INTELLIBOUND, INC.,<br>        Defendants. | Case No.:   4:20-cv-04107<br><br>Removed from the Circuit Court of Rock County Illinois, Case No.  2020L41 |

**DECLARATION OF BARRY BOYLES
IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION**

I, Barry Boyles, declare as follows:

1.     I am over eighteen years of age and have personal knowledge of the facts contained in this Declaration.  If called as a witness I would testify to each of the facts contained herein.

2.     I make this declaration in support of the Notice of Removal Of Civil Action to the United States District Court for the Central District of Illinois filed by Defendants Capstone Logistics, LLC and LMS Intellibound, Inc., n/k/a LMS Intellibound, LLC.

3.     I am currently employed by Capstone Logistics, LLC ("Capstone") as Senior Vice President of Human Resources.  I have held this position for Capstone since February 2017.  I function in the same capacity for LMS Intellibound, LLC ("LMS").  My responsibilities require me to be familiar with the operations of Capstone and LMS.  I am familiar with the

organizational structure and operations of Capstone and LMS, as set forth in the organizational documents for these entities.  The organizational documents include the limited liability company agreement of Capstone, the articles of incorporation for Capstone's member corporation, and the limited liability agreement for LMS.  I have reviewed these documents and they are maintained in the ordinary course of business under my direction and control.

4. In the course and scope of my duties I am further aware of and familiar with the personnel and payroll records of Capstone employees.  I have reviewed personnel and payroll records for Plaintiff Gary T. Monroe, which records are maintained in the ordinary course of business under my direction and control.

5. Capstone is a Delaware limited liability company organized under the laws of Delaware.  Since before the filing of this lawsuit, Capstone has maintained and continues to maintain its corporate headquarters located at 30 Technology Parkway South, Suite 200, Peachtree Corners, Georgia, 30092.  Capstone's key officers work out of Peachtree Corners, Georgia.  Specifically, the Chief Executive Officer, the Chief Operating Officer, and the Chief Financial Officer, and Secretary of Capstone each works out of Peachtree Corners, Georgia.  They have been and are located in Georgia, have maintained and continue to maintain their offices in Georgia, and have performed and continue to perform their primary duties and job functions out of Peachtree Corners, Georgia.  These individuals represent the senior leadership of Capstone.

6. At the time Plaintiff's lawsuit was filed on March 31, 2020, Capstone had one member: Capstone Logistics Acquisition, Inc.  Capstone Logistics Acquisition, Inc., is a Delaware corporation organized under the laws of the State of Delaware.  Since before the filing of this lawsuit on March 31, 2020, Capstone Logistics Acquisition, Inc. has maintained and

continues to maintain its corporate headquarters located at 30 Technology Parkway South, Suite 200, Peachtree Corners, Georgia, 30092. Capstone Logistics Acquisition, Inc.'s key officers work out of Peachtree Corners, Georgia. Specifically, the Chief Executive Officer, the Chief Operating Officer, and the Chief Financial Officer, and Secretary of Capstone Logistics Acquisition, Inc., each works out of Peachtree Corners, Georgia. They have been and are located in Georgia, have maintained and continue to maintain their offices in Georgia, and have performed and continue to perform their primary duties and job functions in Georgia. These individuals represent the senior leadership of Capstone Logistics Acquisition, Inc.

7. Defendant LMS Intellibound, Inc., a Georgia corporation, underwent a conversion to a Georgia LLC on September 14, 2011. LMS Intellibound, LLC is a Georgia Limited Liability Company. Since before the filing of this lawsuit LMS' principal place of business has been and is located at 30 Technology Parkway South, Suite 200, Peachtree Corners, Georgia 30092. Since prior to the filing of this lawsuit, LMS' key officers have been and are located in Georgia, have maintained and continue to maintain their offices in Georgia, and have performed and continue to perform their primary duties and job functions in Georgia.

8. At the time Plaintiff's lawsuit was filed on March 31, 2020 LMS' sole member was and is Capstone Logistics, LLC.

9. Based upon the allegations in the Complaint, Gary T. Monroe's lawsuit includes a claim against Capstone and LMS for damages including but not limited to lost back pay, and front pay to age 67. Mr. Monroe's annual gross pay for 2016 was $28,897.99; for 2017 was $58,220.88; and for 2018 was $55,712.59. Assuming an average of Mr. Monroe's annual gross pay in 2016 - 2018 ($28,897.99 + $58,220.88 + $55,712.59 = $142,831.46 / 3 = $47,610.48 per

year), his gross pay from his last day of employment on January 25, 2019 to age 67 as alleged may be estimated at approximately $368,065.63.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

Executed this 30 day of April 2020, at Peachtree Corners, Georgia.

_____
Barry Boyles

63622587v.1