E-FILED
Friday, 01 May, 2020  12:54:31 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

GARY T. MONROE,

        Plaintiff;

   v.

CAPSTONE LOGISTICS, LLC, AND
LMS INTELLIBOUND, INC.,
        Defendants.

Case No.: 4:20-cv-04107

Removed from the Circuit Court of Rock
County Illinois, Case No.  2020L41

## <u>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT</u>

**TO THE COURT AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1,  Defendants Capstone Logistics, LLC and LMS Intellibound, Inc. (n/k/a LMS Intellibound, LLC) hereby submits their Corporate Disclosure Statement.

1.     Defendant Capstone Logistics, LLC states that its parent corporation is Capstone Logistics Acquisition, Inc., and that no publicly held corporation owns 10% or more of its stock. Further, Defendant Capstone Logistics, LLC certifies its only member is Capstone Logistics Acquisition, Inc.

2.     Defendant LMS Intellibound, Inc. (n/k/a LMS Intellibound, LLC) states that its parent corporation is Capstone Logistics, LLC, and that no publicly held corporation owns 10% or more of its stock.  Further, Defendant LMS Intellibound, LLC certifies that its sole member is Capstone Logistics, LLC.

Dated: May 1, 2020                          Respectfully submitted,

                                            */s/ Gerald L. Maatman, Jr.*
                                            Gerald L. Maatman, Jr.
                                            gmaatman@seyfarth.com
                                            Jennifer A. Riley
                                            jriley@seyfarth.com
                                            Christina M. Janice
                                            cjanice@seyfarth.com
                                            SEYFARTH SHAW LLP
                                            233 South Wacker Drive, Suite 8000
                                            Chicago, Illinois 60606-6448
                                            Phone: (312) 460-5000
                                            Facsimile: (312) 460-7000

                                            *Attorneys for Defendants Capstone*
                                            *Logistics, LLC and LMS Intellibound, LLC*

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 1, 2020 the undersigned caused

the foregoing **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** to be filed with the Clerk of

the Court via the Court's electronic case filing/ecf system, and has served a true and correct copy

of the same upon the following counsel of record via electronic mail/US mail:

> Stephen T. Fieweger
> 5157 Utica Ridge Road
> Davenport, Iowa 52807
> Telephone: 563.424.1982
> Facsimile: 563.424.1983
> Email: sfieweger@fiewegerlaw.com

> */s/ Gerald L. Maatman, Jr.*

> *One Of The Attorneys for Defendants*
> *Capstone Logistics, LLC and LMS*
> *Intellibound, LLC*

63639836v.1